**EXHIBIT "C"**

State Court Docket Sheet

## CC-16-01831-B - WALTER HENRY vs. CONNS APPLIANCE, INC, ALLIED INTERSTATE, LLC

Case Number: CC-16-01831-B                    Court: County Court at Law No. 2
File Date: 04/15/2016                          Case Type: DEBT/CONTRACT
Case Status: OPEN

PLAINTIFF : HENRY, WALTER

### Active Attorneys
Lead Attorney:
**BELL, KATHERYN COLE**
Retained
Work Phone: 405-896-8215
Fax Phone: 405-835-6244

DEFENDANT : CONNS APPLIANCE, INC
Address:
    4055 TECHNOLOGY FOREST BLVD.
    SUITE 210
    SPRING TX 77381

DEFENDANT : ALLIED INTERSTATE, LLC
Address:
    7525 W. CAMPUS RD.
    NEW ALBANY OH 43054

**04/15/2016 NEW CASE FILED (OCA)**
**04/15/2016 ORIGINAL PETITION**
    PETITION
    PROOF OF PAYMENT
    Comment: ORIGINAL PETITION AND EXHIBIT A
**04/15/2016 CIVIL CASE INFORMATION SHEET**
    CIVIL CASE INFORMATION SHEET
    Comment: CIVIL CASE INFORMATION SHEET
**04/15/2016 MISCELLANEOUS**
    SERVICE REQUEST FORM
    Comment: CIVIL REQUEST FORM
**04/15/2016 SERVICE - CERTIFIED / REGISTERED MAIL**
**04/15/2016 ISSUE CITATION**
    ISSUE CITATION
    Comment: CERTIFIED MAIL 4/20/2016 ET
**04/15/2016 ISSUE CITATION**
    ISSUE CITATION
    Comment: CERTIFIED MAIL 4/20/2016 ET
**04/20/2016 CITATION (SERVICE)**
    Anticipated Server: CERTIFIED MAIL          Anticipated Method:
    Comment: CONNS APPLIANCE, INC
**04/20/2016 CITATION (SERVICE)**
    Anticipated Server: CERTIFIED MAIL          Anticipated Method:
    Comment: ALLIED INTERSTATE, LLC
**07/15/2016 DISMISSAL HEARING**
    1ccl#2 Y Letter
    Judicial Officer: FIFER, KING

HENRY, WALTER
    Total Financial Assessment                                     $428.00
    Total Payments and Credits                               $428.00

| 4/15/2016 | Transaction Assessment | | | $428.00 |
|---|---|---|---|---|
| 4/15/2016 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2016-04525 | HENRY, WALTER | ($428.00) |

PETITION
PROOF OF PAYMENT
CIVIL CASE INFORMATION SHEET
SERVICE REQUEST FORM
1ccl#2 Y Letter
ISSUE CITATION
ISSUE CITATION